UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
MAYA VENKATRAMAN,                                 :
:
Plaintiff,              :          **ECF CASE**
:
v.                           :
:          07 Civ. 8824 (RPP)
:
ANDREA QUARANTILLO, et al.                         :
:
Defendants.            :          NOTICE OF APPEARANCE
------------------------------------------------------------- x

TO:     Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
        October 19, 2007

                                              Respectfully submitted,

                                              MICHAEL J. GARCIA
                                              United States Attorney for the
                                              Southern District of New York

                                     By:      /s/_____
                                              DAVID BOBER
                                              Assistant United States Attorney
                                              86 Chambers Street, 3rd Floor
                                              New York, New York 10007
                                              Telephone: (212) 637-2718
                                              Facsimile: (212) 637-2786
                                              Email: david.bober@usdoj.gov

To:     Curus D. Mehta, Esq.
        67 Wall Street, Suite 1801
        New York, NY 10005