AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern            DISTRICT OF            New York

## APPEARANCE

Case Number: 07 cv ___

**'07 CIV 8824**
**JUDGE PATTERSON**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MAYA VENKATRAMAN (A099 120 164)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/12/2007 | *signature* |
| Date | Signature |
| | Cyrus D. Mehta    CM2067 |
| | Print Name    Bar Number |
| | 67 Wall Street, Suite 1801 |
| | Address |
| | New York    NY    10005 |
| | City    State    Zip Code |
| | (212) 425-0555    (212) 425-3282 |
| | Phone Number    Fax Number |