AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Maya Venkatraman

V.

Andrea Quarantillo, et al.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:  07 CIV 8824

TO: (Name and address of Defendant)

Andrea Quarantillo, Director
New York District Office of U.S. Citizenship & Immigration Services
c/o U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cyrus D. Mehta
Cyrus D. Mehta & Associates, P.L.L.C.
67 Wall Street, Suite 1801
New York, NY 10005
cm@cyrusmehta.com

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 1 2 2007

CLERK _____          DATE

(By) DEPUTY CLERK

COPY RECEIVED

U.S. ATTORNEYS

✎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | 10/25/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Adam Ketcher | Associate |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

    86 Chambers Street, 3rd Floor, New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     **10/25/2007**          _____

                    Date                *Signature of Server*

              67 Wall Street, Suite 1801, New York, NY 10005

              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Maya Venkatraman

**SUMMONS IN A CIVIL ACTION**

V.

Andrea Quarantillo, et al.

CASE NUMBER:   07 CIV 8824

TO: (Name and address of Defendant)

Emilio T. Gonzalez, Director of U.S. Citizenship and Immigration Services
c/o U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cyrus D. Mehta
Cyrus D. Mehta & Associates, P.L.L.C.
67 Wall Street, Suite 1801
New York, NY 10005
cm@cyrusmehta.com

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    OCT 1 2 2007

CLERK                                                              DATE

_(By) DEPUTY CLERK_

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 10/25/2007 |
| NAME OF SERVER *(PRINT)*<br>Adam Ketcher | TITLE<br>Associate | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

  86 Chambers Street, 3rd Floor, New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $0.00 | SERVICES $0.00 | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____10/25/2007_____    _____
                    Date                    Signature of Server

                    67 Wall Street, Suite 1801, New York, NY 10005
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Maya Venkatraman

**SUMMONS IN A CIVIL ACTION**

V.

Andrea Quarantillo, et al.

CASE NUMBER:   07 CIV 8824

**TO:** (Name and address of Defendant)

Michael Chertoff, Secretary of the U.S. Department of Homeland Security
c/o U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cyrus D. Mehta
Cyrus D. Mehta & Associates, P.L.L.C.
67 Wall Street, Suite 1801
New York, NY 10005
cm@cyrusmehta.com

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

OCT 1 2 2007

COPY RECEIVED

OCT 1 5 2011

U.S. ATTORNEYS SDNY

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 10/25/2007 |
| NAME OF SERVER *(PRINT)* <br> Adam Ketcher | TITLE <br> Associate | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
    86 Chambers Street, 3rd Floor, New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☐ Other (specify):


| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL    $0.00 | SERVICES    $0.00 | TOTAL    $0.00 |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    __10/25/2007__     _____
                 Date             *Signature of Server*


           67 Wall Street, Suite 1801, New York, NY 10005
               *Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____  District of _____ New York

Maya Venkatraman

V.

Andrea Quarantillo, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07 CIV 8824

TO: (Name and address of Defendant)

Peter D. Keisler, Acting Attorney General of the United States
c/o U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cyrus D. Mehta
Cyrus D. Mehta & Associates, P.L.L.C.
67 Wall Street, Suite 1801
New York, NY 10005
cm@cyrusmehta.com

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _____

(By) DEPUTY CLERK

OCT 1 2 2007

DATE

COPY RECEIVED

U.S. ATTORNEY'S SDNY

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 10/25/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Adam Ketcher | Associate |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

    86 Chambers Street, 3rd Floor, New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10/25/2007    _____
             Date                Signature of Server

      67 Wall Street, Suite 1801, New York, NY 10005
      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Maya Venkatraman

## SUMMONS IN A CIVIL ACTION

V.

Andrea Quarantillo, et al.

CASE NUMBER:   07 CIV 8824

TO: (Name and address of Defendant)

Robert S. Mueller III, Director of the Federal Bureau of Investigation
c/o U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cyrus D. Mehta
Cyrus D. Mehta & Associates, P.L.L.C.
67 Wall Street, Suite 1801
New York, NY 10005
cm@cyrusmehta.com

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Marcos Quintero_

(By) DEPUTY CLERK

OCT 1 2 2007

DATE

COPY RECEIVED
~~~~~~~ 2007
U.S. ATTORNEYS SDNY

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** | 10/25/2007 |

| | | |
|---|---|---|
| NAME OF SERVER *(PRINT)*<br>Adam Ketcher | **TITLE**<br>Associate | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

    86 Chambers Street, 3rd Floor, New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10/25/2007                                        
                Date                           *Signature of Server*

                          67 Wall Street, Suite 1801, New York, NY 10005
                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
| --- | --- | --- |

Maya Venkatraman

## SUMMONS IN A CIVIL ACTION

V.

Andrea Quarantillo, et al.

CASE NUMBER:   07 CIV 8824

TO: (Name and address of Defendant)

Andrea Quarantillo, Director
New York District Office of U.S. Citizenship & Immigration Services
c/o Acting Attorney General Peter D. Keisler
U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington,
DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cyrus D. Mehta
Cyrus D. Mehta & Associates, P.L.L.C.
67 Wall Street, Suite 1801
New York, NY 10005
cm@cyrusmehta.com

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    OCT 1 2 2007

CLERK _____            DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/25/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Adam Ketcher | Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

  Served via certified, first class mail addressed to Acting Attorney General Peter D. Keisler,
  U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $6.00 | $6.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____10/25/2007_____    _____
                    Date                      Signature of Server

                    67 Wall Street, Suite 1801, New York, NY 10005
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Maya Venkatraman

### SUMMONS IN A CIVIL ACTION

V.

Andrea Quarantillo, et al.

CASE NUMBER:    07 CIV 8824

TO: (Name and address of Defendant)

Emilio T. Gonzalez, Director of U.S. Citizenship and Immigration Services
c/o Acting Attorney General Peter D. Keisler
U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington,
DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cyrus D. Mehta
Cyrus D. Mehta & Associates, P.L.L.C.
67 Wall Street, Suite 1801
New York, NY 10005
cm@cyrusmehta.com

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## J. MICHAEL McMAHON

CLERK   _Marcos Quintero_

(By) DEPUTY CLERK

OCT 1 2 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 10/25/2007 |
| NAME OF SERVER *(PRINT)*<br>Adam Ketcher | TITLE<br>Associate | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

Served via certified, first class mail addressed to Acting Attorney General Peter D. Keisler, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $6.00 | $6.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     10/25/2007        _[signature]_
                Date                  Signature of Server

         67 Wall Street, Suite 1801, New York, NY 10005
         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

Maya Venkatraman

## SUMMONS IN A CIVIL ACTION

V.
Andrea Quarantillo, et al.

CASE NUMBER:   07 CIV 8824

TO: (Name and address of Defendant)

Michael Chertoff, Secretary of the U.S. Department of Homeland Security
c/o Acting Attorney General Peter D. Keisler
U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington,
DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cyrus D. Mehta
Cyrus D. Mehta & Associates, P.L.L.C.
67 Wall Street, Suite 1801
New York, NY 10005
cm@cyrusmehta.com

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 1 2 2007

CLERK _~Maris Quintero~_    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/25/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Adam Ketcher | Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

Served via certified, first class mail addressed to Acting Attorney General Peter D. Keisler, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

## STATEMENT OF SERVICE FEES

| TRAVEL $0.00 | SERVICES $6.00 | TOTAL $6.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____10/25/2007____    _____
              Date                Signature of Server

67 Wall Street, Suite 1801, New York, NY 10005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Maya Venkatraman

## SUMMONS IN A CIVIL ACTION

V.

Andrea Quarantillo, et al.

CASE NUMBER:   07 CIV 8824

TO: (Name and address of Defendant)

Acting Attorney General Peter D. Keisler
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cyrus D. Mehta
Cyrus D. Mehta & Associates, P.L.L.C.
67 Wall Street, Suite 1801
New York, NY 10005
cm@cyrusmehta.com

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 1 2 2007

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 10/25/2007 |
| NAME OF SERVER *(PRINT)*<br>Adam Ketcher | TITLE<br>Associate | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

    Served via certified, first class mail addressed to Acting Attorney General Peter D. Keisler, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $0.00 | SERVICES $6.00 | TOTAL $6.00 |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     10/25/2007
              Date                 Signature of Server

           67 Wall Street, Suite 1801, New York, NY 10005
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Maya Venkatraman

**SUMMONS IN A CIVIL ACTION**

V.

Andrea Quarantillo, et al.

CASE NUMBER:   07 CIV 8824

TO: (Name and address of Defendant)

Robert S. Mueller III, Director of the Federal Bureau of Investigation
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cyrus D. Mehta
Cyrus D. Mehta & Associates, P.L.L.C.
67 Wall Street, Suite 1801
New York, NY 10005
cm@cyrusmehta.com

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 1 2 2007

CLERK

DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  10/25/2007 |
|---|---|
| NAME OF SERVER *(PRINT)*  Adam Ketcher | TITLE  Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

    Served via certified, first class mail addressed to Acting Attorney General Peter D. Keisler, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

## STATEMENT OF SERVICE FEES

| TRAVEL  $0.00 | SERVICES  $6.00 | TOTAL  $6.00 |
|---|---|---|

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on      10/25/2007
                Date                Signature of Server

           67 Wall Street, Suite 1801, New York, NY 10005
           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Maya Venkatraman

## SUMMONS IN A CIVIL ACTION

V.

Andrea Quarantillo, et al.

CASE NUMBER:   07 CIV 8824

TO: (Name and address of Defendant)

Andrea Quarantillo, Director
New York District Office of U.S. Citizenship & Immigration Services
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cyrus D. Mehta
Cyrus D. Mehta & Associates, P.L.L.C.
67 Wall Street, Suite 1801
New York, NY 10005
cm@cyrusmehta.com

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 1 2 2007

CLERK _Marcos Quintero_

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** 10/25/2007 | |
| NAME OF SERVER *(PRINT)* Adam Ketcher | **TITLE** Associate | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

  Served via certified, first class mail addressed to Office of the General Counsel, U.S. Department of Homeland Security, Washington, DC 20528.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $0.00 | SERVICES $6.00 | TOTAL $6.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____10/25/2007____     _____
                  Date                    *Signature of Server*

                  67 Wall Street, Suite 1801, New York, NY 10005
                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Maya Venkatraman

**SUMMONS IN A CIVIL ACTION**

V.

Andrea Quarantillo, et al.

CASE NUMBER:   07 CIV 8824

TO: (Name and address of Defendant)

Emilio T. Gonzalez, Director of U.S. Citizenship and Immigration Services
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cyrus D. Mehta
Cyrus D. Mehta & Associates, P.L.L.C.
67 Wall Street, Suite 1801
New York, NY 10005
cm@cyrusmehta.com

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 1 2 2007

CLERK

DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/25/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Adam Ketcher | Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   Served via certified, first class mail addressed to Office of the General Counsel, U.S. Department of Homeland Security, Washington, DC 20528.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $6.00 | $6.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10/25/2007
                 Date

                     *Signature of Server*

                 67 Wall Street, Suite 1801, New York, NY 10005
                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Maya Venkatraman

V.

Andrea Quarantillo, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07 CIV 8824

TO: (Name and address of Defendant)

Michael Chertoff, Secretary of the U.S. Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cyrus D. Mehta
Cyrus D. Mehta & Associates, P.L.L.C.
67 Wall Street, Suite 1801
New York, NY 10005
cm@cyrusmehta.com

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 1 2 2007

CLERK

(By) DEPUTY CLERK

DATE

🖎 AO 440  (Rev.  8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 10/25/2007 |
| NAME OF SERVER *(PRINT)*<br>Adam Ketcher | TITLE<br>Associate | |

| *Check one box below to indicate appropriate method of service* |
|---|

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

    Served via certified, first class mail addressed to Office of the General Counsel, U.S. Department of Homeland Security, Washington, DC 20528.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>$0.00 | SERVICES<br>$6.00 | TOTAL<br>$6.00 |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     <u>10/25/2007</u>       *(signature)*
                 Date              *Signature of Server*

          <u>67 Wall Street, Suite 1801, New York, NY 10005</u>
          *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|----------|-------------|----------|

Maya Venkatraman

## SUMMONS IN A CIVIL ACTION

V.

Andrea Quarantillo, et al.

CASE NUMBER:   07 CIV 8824

TO: (Name and address of Defendant)

Acting Attorney General Peter D. Keisler
Office of the General Counsel
U.S. Department of Justice,
935 Pennsylvania Avenue, NW, Room 7427
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cyrus D. Mehta
Cyrus D. Mehta & Associates, P.L.L.C.
67 Wall Street, Suite 1801
New York, NY 10005
cm@cyrusmehta.com

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 1 2 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 10/25/2007 |
| NAME OF SERVER *(PRINT)* Adam Ketcher | TITLE Associate | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

    Served via certified, first class mail addressed to Office of the General Counsel, U.S. Department of Justice, 935 Pennsylvania Avenue, NW, Room 7427, Washington, DC 20530.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $0.00 | SERVICES $6.00 | TOTAL $6.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     10/25/2007                             
                 Date                            *Signature of Server*

               67 Wall Street, Suite 1801, New York, NY 10005
               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Maya Venkatraman

**SUMMONS IN A CIVIL ACTION**

V.

Andrea Quarantillo, et al.

CASE NUMBER:   07 CIV 8824

TO: (Name and address of Defendant)

Robert S. Mueller III, Director of the Federal Bureau of Investigation
Office of the General Counsel
U.S. Department of Justice,
935 Pennsylvania Avenue, NW, Room 7427
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cyrus D. Mehta
Cyrus D. Mehta & Associates, P.L.L.C.
67 Wall Street, Suite 1801
New York, NY 10005
cm@cyrusmehta.com

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 1 2 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 10/25/2007 |
| NAME OF SERVER *(PRINT)*  Adam Ketcher | TITLE  Associate | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

   Served via certified, first class mail addressed to Office of the General Counsel, U.S. Department of Justice, 935 Pennsylvania Avenue, NW, Room 7427, Washington, DC 20530.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  $0.00 | SERVICES  $6.00 | TOTAL  $6.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10/25/2007        _____
               Date              *Signature of Server*

       67 Wall Street, Suite 1801, New York, NY 10005
       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.