

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07

**CYRUS D. MEHTA
& ASSOCIATES, PLLC**

67 Wall Street, Suite 1801, New York, NY 10005-3121
Tel: 212 425-0555 - Fax: 212 425-3282
cm@cyrusmehta.com - www.cyrusmehta.com

RECEIVED DEC - 7 2007

---

The information contained in this facsimile message is intended only for the use of the individual or the entity named below. If the reader of this message is not the intended recipient or the employee or the agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via first class mail. Receipt by anyone other than the recipient is not a waiver of any attorney-client or work-product privilege.

---

To: Robert Monteagudo

From: Adam Ketcher

**MEMO ENDORSED**

In re: **Request to Adjourn December 14, 2007 conference with Hon. Robert P. Patterson, Jr. at 9:00 AM**
*Venkatraman v. Quarantillo*, **07 cv 8824**

Dear Mr. Monteagudo,

As per our telephone conversation, I am sending you this facsimile to request an adjournment of the December 14, 2007 conference scheduled with Hon. Robert P. Patterson, Jr. for the above-referenced matter until the latter part of January 2008.

Please be advised that Assistant U.S. Attorney David V. Bober has notified this office that Ms. Venkatraman's application, the delayed adjudication of which gave rise to this litigation, has been approved by U.S. Citizenship & Immigration Services. Attorney Bober has sent us copies of the cover page of Ms. Venkatraman's application, stamped approved, as well as a completed Form I-181 and a stipulation to dismiss the case, copies of which are enclosed. We have reached an agreement with Attorney Bober that we would sign the stipulation upon Ms. Venkatraman's receipt of her Form I-551 alien registration document and return same to his office. Therefore, kindly adjourn this matter to allow USCIS sufficient time to process and issue Ms. Venkatraman's alien registration document.

We have called Attorney Bober, and he has agreed to this adjournment

Fax: (212)805-7917; (212)637-2786     Date: 12/07/2007     Pages: 7

*Application granted*
*The Conference is adjourned to 1/23/08 @ 9:30 AM. So ordered*
*12/7/07    Robert Patterson USDJ*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

*Maya Venkatraman*

                Plaintiff(s),          <u>CALENDAR NOTICE</u>

     -against-            07 CV 8824 (RPP)

*Andrea Quarantillo*

                Defendant(s)
————————————————————————X

PLEASE TAKE NOTICE THAT A CASE MANAGEMENT CONFERENCE IN THE ABOVE CAPTIONED ACTION HAS BEEN SCHEDULED FOR _FRIDAY DECEMBER 14, 2007_ AT _9AM_, BEFORE THE HONORABLE ROBERT P. PATTERSON, JR., UNITED STATES DISTRICT COURT JUDGE IN COURTROOM 24A.

ALL REQUESTS FOR CONFERENCE ADJOURNMENTS MUST BE IN WRITTEN FORM <u>**NO LESS THAN 48 HOURS PRIOR TO THE CONFERENCE DATE**</u>. NO REQUESTS WILL BE ENTERTAINED BY TELEPHONE.

<u>Please advise all parties by telephone and in writing of the scheduled conference, and forward a copy of your notification letter to Chambers</u>. Failure to appear at the conference by the Plaintiff may result in dismissal of the action for lack of prosecution. Failure to appear by the Defendant(s) may result in a default judgment.

<u>**ALL COUNSEL MUST APPEAR AT THE SCHEDULED CONFERENCE**</u>.

Dated: New York, New York
      10/29/07

                            MICHAEL J. McMAHON
                            CLERK OF COURT
                    By: _Robert Monteagudo_
                            Robert Monteagudo
                            Courtroom Deputy to
              Hon. Robert P. Patterson, Jr.
                        (212) 805-0115

cc: *Mehta P. Cyrus*
    *David Vincent Bober*



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 29, 2007

<u>BY FACSIMILE</u>
Cyrus D. Mehta, Esq.
Cyrus D. Mehta & Associates, PLLC
67 Wall Street, Suite 1801
New York, NY 10005

                        Re:     <u>Venkatraman v. Quarantillo, et al.</u>,
                                   07 Civ. 8824 (RPP)

Dear Mr. Mehta:

       As we discussed, this Office has been informed by United States Citizenship and Immigration Services ("CIS") that the Form I-485 application that is the subject of the above-referenced mandamus action was approved on November 20, 2007. Copies of the CIS approval notices, which I understand have been forwarded to your client by CIS under separate cover, are attached.

       Because CIS's actions constitute the precise relief prayed for in the mandamus action, the action is moot, and should be withdrawn. Therefore, I enclose a proposed Stipulation and Order (the "<u>Stipulation</u>") dismissing the action as moot. Please sign the Stipulation and return it to me. I will arrange for the stipulation to be submitted to the Court for its approval.

       Thank you for your courtesy in this matter. Please contact me should you have any questions.

                                                             Very truly yours,

                                                             MICHAEL J. GARCIA
                                                             United States Attorney for the
                                                             Southern District of New York

                                     By:    _____
                                                             DAVID BOBER
                                                             Assistant United States Attorney
                                                             Tel. No.: (212) 637-2718

Enclosures

**U.S. DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

**Memorandum of Creation of Record of Lawful Permanent Residence**

File No. A099 120 164
Receipt No. MSC-04-225-17756

Status as a lawful permanent resident of the United States is accorded:

Name: VENKATRAMAN, MAYA
Street Address: 201 WEST 70TH STREET APT 31E
City, State, Zip: NEW YORK NY 10023

Sex: F
Date of Birth: December 23, 1971
Country of Birth: INDIA

Marital Status: Married
N/I Class at time of Adj.: 02

Mother's First Name: MALLIKA
Father's First Name: VENKATRAMAN

Under the following provision of law:
- [ ] Public Law 95-412
- [ ] Public Law 96-212
- [ ] Private Law No. _____ of the ___ Congress ___ Session
- [ ] Sec. 209 (a) of the I & N Act
- [ ] Sec. 209 (b) of the I & N Act
- [ ] Sec. 244 ( ) ( ) of the I & N Act
- [ ] Sec. 245 of the I & N Act
- [ ] Sec. 249 of the I & N Act
- [ ] Sec. 1 of the Act of 11/2/66
- [ ] Sec. 13 of the Act of 9/11/57
- [ ] Sec. 214 (d) of the I & N Act
- [ ] Other law (Specify)

As of 11/20/2007 AT NYC

Class of admission: CR-6 IR6

Recommended: 11-20-07

APPROVED

FOR USE BY VISA CONTROL OFFICE

Date _____
Foreign State _____
Preference Category _____
Number _____
Month of Issuance _____
Signed _____ (Visa Office, Dept. of State)

CC: Page 2 Master Index copy sent on _____
CC: Page 3 ADIT and Statistical report copy sent on _____

Form I-181 (Rev.3-1-83) N        1. FILE COPY

TOTAL P.05

I-485  50257  0001200087

U.S. Department of Justice
Immigration and Naturalization Service

05/12/2004

**START HERE - Please Type or Print**

**Part 1. Information About You.**

| Family Name | Venkatraman | Given Name | Maya |
|---|---|---|---|

Address - C/O

Street Number and Name: 201 West 70th Street

City: New York

| State | NY | Zip Code | 10023 |
|---|---|---|---|
| Date of Birth (month/day/year) | 12/23/1971 | Country of Birth | India |
| Social Security # | 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 | A # (if any) | None 99 |
| Date of Last Arrival (month/day/year) | 02/01/2004 | I-94 # | 342237033 |
| Current INS Status | H-1B | Expires on (month/day/year) | 07/18/? |

**Part 2. Application Type.** *(check one)*

I am applying for an adjustment to permanent resident status because:

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice—or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give immediately available visa number, if approved.)

b. ☐ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiancé(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e). (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate.)

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

MSC-04-225-17756   05/12/2004

Country Chargeable

Eligibility Under Sec. 245
☒ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other _____

U.S. Department of Homeland Security
Action Block
★ APPROVED ★
NOV 20 2007
VAC
000598

To Be Completed by Attorney or Representative, if any
☐ Fill in box if G-28 is attached to represent the applicant.
VOLAG #
ATTY State License #

Continued on back

Form I-485 (Rev. 02-07-00)N Page

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MAYA VENKATRAMAN,

                Plaintiff,

           - v. -

ANDREA QUARANTILLO, et al.,

                Defendants.
-----------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

07 Civ. 8824 (RPP)

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
        November __, 2007

CYRUS D. MEHTA & ASSOCIATES
Attorneys for Plaintiff

By: _____
CYRUS D. MEHTA, ESQ.
67 Wall Street, Suite 1801
New York, NY 10005
Tel. No.: (212) 425-3282

Dated: New York, New York
        November 29, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

SO ORDERED:

_____
ROBERT P. PATTERSON, JR.
United States District Judge