MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MAYA VENKATRAMAN,                :
                                 :
               Plaintiff,        :     STIPULATION AND
                                 :     ORDER OF DISMISSAL
        - v. -                   :
                                 :     07 Civ. 8824 (RPP)
ANDREA QUARANTILLO, et al.,      :
                                 :
               Defendants.       :
------------------------------------------------------x

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
       ~~November~~ ~~2007~~
       December 14, 2007

CYRUS D. MEHTA & ASSOCIATES
Attorneys for Plaintiff
By: _____
CYRUS D. MEHTA, ESQ.
67 Wall Street, Suite 1801
New York, NY 10005
Tel. No.: (212) 425-3282

Dated: New York, New York
       November 29 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants
By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

SO ~~ORDERED~~:
_____
ROBERT P. PATTERSON, JR.
United States District Judge
December 19, 2007